JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Esmarei Habibi, et al., | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:21-cv-01623-MCS-AFM |
| v. | |
| FCA US LLC, et al., | JUDGMENT |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on May 19, 2021 as docket number 23 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiffs ESMAREI HABIBI and SHAHNAZ MOHAMMADI

and against

FCA US LLC

according to the terms set forth in the Offer of Judgment.

Date: May 27, 2021

By: Mark C. Scarsi
United States District Judge